# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>LUIS ANGEL LORENZO-GALLARDO,<br><br>Defendant. | 8:19CR273<br><br>ORDER |

**THIS MATTER** is before the court on the motion of Mallory N. Hughes to withdraw as counsel for the defendant, Luis Angel Lorenzo-Gallardo (Filing No. 58). Peder C. Bartling has filed an entry of appearance as retained counsel for Luis Angel Lorenzo-Gallardo. Therefore, Mallory N. Hughes's motion to withdraw (Filing No. 58) will be granted.

Mallory N. Hughes shall forthwith provide Peder C. Bartling any discovery materials provided to the defendant by the government and any such other materials obtained by Mallory N. Hughes which are material to Luis Angel Lorenzo-Gallardo's defense.

The clerk shall provide a copy of this order to Peder C. Bartling.

**IT IS SO ORDERED.**

Dated this 3rd day of October, 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge